IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VIANNA CASTANEDA, a minor by    )
and through her father,         )
CANDELARIO CASTANEDA,            )
                                )
          Plaintiff,            )        8:03CV477
                                )
     v.                         )
                                )
CHARLES E. SMITH, M.D.,         )        ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 112). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 11th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court